# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Adeleke

              V.                                  **JUDGMENT IN A CIVIL CASE**

Chertoff et al

                                          **CASE NUMBER:**    06cv2235-LAB(BLM)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Petition is dismissed without prejudice, and without leave to amend...............................................

| February 14, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/K. Johnson
(By) Deputy Clerk
ENTERED ON February 14, 2007